Decided October 29, 1996

## IROQUOIS GAS TRANSMISSION SYSTEM ET AL. *v.* HENRY J. MILESKI

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 47 (AC 14448), is denied.

*Walter A. Flynn, Jr.*, in support of the petition.

Decided October 29, 1996